**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 14-cr-00289-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. KENNETH TILLMAN

    Defendant.

---

## ORDER

---

    PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Christine M. Arguello, United States District Judge, on August 18, 2015, it is hereby

    ORDERED that Defendant, Kenneth Tillman, is sentenced to **TIME SERVED.**

    DATED August 18, 2015.

                            BY THE COURT:

                            _____
                            CHRISTINE M. ARGUELLO
                            United States District Judge